**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                             :
                    Government,        :        25 CR. 10 (RMB)
                                                             :
         - against -                             :        **ORDER**
                                                             :
                                                             :
ENGLES TAVERAS,                                 :
                                                             :
                    Defendant.            :
------------------------------------------------------------x

       The status conference scheduled for Wednesday, June 25, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: June 18, 2025
       New York, NY

                                                _____
                                                    RICHARD M. BERMAN
                                                          U.S.D.J.