UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Government,

    -v-

ENGELS TAVERAS,

                Defendant.
------------------------------------------------------------X

**ORDER**

25 Cr 10 (RMB)

        Having reviewed the record herein, including without limitation the following: (i) Defense Motion, dated May 2, 2025 ("Motion") seeking suppression of evidence seized from the Defendant's apartment, his person and his vehicle as well as the contents of his electronic devices; (ii) the Government's Opposition to the Motion in its entirety, dated June 5, 2025 ("Opp."); (iii) Defense Reply, dated June 13, 2025 ("Reply"); (iv) the oral argument held on June 25, 2025; and (v) applicable legal authorities, the Court denies the Motion.

        A conference in this matter is scheduled for July 22, 2025 at 10:00 am in Courtroom 17B.

Dated: New York, New York
         July 16, 2025

                                                    RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/25

1