**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,   :   25 CR. 10 (RMB)
                                         :
    - against -                         :   **ORDER**
                                         :
                                         :
ENGLES TAVERAS,                          :
                                         :
                Defendant.    :
------------------------------------------------------------x

       The status conference scheduled for Tuesday, July 22, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: July 16, 2025
       New York, NY

                                      RICHARD M. BERMAN
                                      U.S.D.J.