**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,      25 CR. 10 (RMB)

    - against -      **ORDER**

ENGLES TAVERAS,

                Defendant.
-------------------------------------------------------------x

The status conference scheduled for Wednesday, September 17, 2025 at 11:30 A.M. will take place in Courtroom 17B.

Dated: September 10, 2025
       New York, NY

                                      _____
                                      RICHARD M. BERMAN
                                            U.S.D.J.