# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**MEMO ENDORSED**

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

December 29, 2025

*The Court, respectfully, believes that international travel is NOT appropriate at this point in time.*

SO ORDERED:
Date: 12/30/25    Richard M. Berman
Richard M. Berman, U.S.D.J.

**By ECF and Email**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **United States v. Engels Taveras**
       **25 Cr. 10 (RMB)**

Dear Judge Berman,

I write to request that the Court temporarily modify Mr. Taveras's bail conditions, which were imposed at his presentment on September 12, 2024. Specifically, we seek permission for Mr. Taveras to travel to the Dominican Republic to visit his family after the holidays, including his 97-year-old grandfather. If permitted to go, he will stay at his mother's home in San Francisco de Macoris (the specific address has already been provided to Pretrial and the Government).

Pretrial Services by Officer Viosanny Harrison has no objection to this application. She notes that Mr. Taveras has been compliant with the terms of his bail – which he has been on for more than 15 months. The Government, by Assistant United States Attorney Connie Dang, defers to Pretrial's position.

If this request is granted, Mr. Taveras also seeks permission to retrieve and possess his passport, which was surrendered as condition of his bail, for the duration of the trip. Mr. Taveras will provide a full itinerary to Pretrial Services, and during the trip, he will be available by phone and will check in on any schedule directed by Pretrial.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

cc:    Pretrial Services Officer Viosanny Harrison
       A.U.S.A. Connie Dang