**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                                :

                Government,    :       25 Cr. 10 (RMB)

                                :

      - against -              :       **ORDER**

                                :

                                :

ENGELS TAVERAS,           :

                                :

                Defendant.    :

-------------------------------------------------------------x

The application to modify bail conditions appears quite inconsistent with Magistrate Judge

Netburn's more narrow conditions. The Court will need to hear from all parties in Courtroom

17B on Wednesday, February 25 at 2:30 p.m.


Dated: February 13, 2026
      New York, NY


                                        **RICHARD M. BERMAN**
                                            **U.S.D.J.**