# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 28, 2026

**By ECF and Email**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:     **United States v. Engels Taveras**
        **25 Cr. 10 (RMB)**

Dear Judge Berman,

At the parties' request, the Court has scheduled a change-of-plea conference in the above-captioned case for June 15, 2026.

Given the anticipated resolution of this matter without a trial, I write to respectfully request that the Court hold the deadlines for pre-trial motions and other filings in abeyance through the scheduled conference. The government, by Assistant United States Attorney Connie Dang, consents to this request.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

Application granted.

SO ORDERED:
Date: 6/1/2026

*Richard M. Berman*
Richard M. Berman, U.S.D.J.