**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :

                                            :

                          Government,       :        25 CR. 10 (RMB)

                                            :

            - against -                     :        **ORDER**

                                            :

                                            :

ENGLES TAVERAS,                             :

                                            :

                          Defendant.        :
--------------------------------------------------------------x


            The plea hearing scheduled for Monday, June 15, 2026 at 11:30 A.M. will take

place in Courtroom 17B.




Dated: June 10, 2026
          New York, NY



                                              _____

                                                    RICHARD M. BERMAN
                                                         U.S.D.J.