Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 30, 2026

**<u>By ECF and Email</u>**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: <u>United States v. Engels Taveras</u>**
**25 Cr. 10 (RMB)**

Dear Judge Berman,

I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for September 30, 2026, for approximately three weeks. This is the first request for an adjournment of sentencing. The government, by Assistant United States Attorney Connie Dang, has no objection to this request.

Both parties are available the week of October 19, if a date that week works for the Court. If the Court grants this request, we also ask that the parties' submission deadlines be set in accordance with the newly-selected date.

I make this request because I am going to be out of the office for the two weeks leading up to the current defense submission deadline. The requested adjournment will enable me, once I return, to finish collecting necessary materials, receive and review the final pre-sentence report with Mr. Taveras, and complete the defense sentencing submission.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Mr. Taveras
212-417-8729

Application granted.
Sentencing adjourned to October 21, 2026 at 11:00 a.m. Defense submission by October 6, 2026. Gov. submission by October 13, 2026.

**SO ORDERED:**
Date: 8/31/2026

Richard M. Berman
Richard M. Berman, U.S.D.J.