**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 25 CR. 10 (RMB)

\- against - : **ORDER**

ENGLES TAVERAS, :

Defendant. :

----------------------------------------------------------------x

The sentencing scheduled for Wednesday, October 21, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: October 16, 2026
New York, NY

RICHARD M. BERMAN
U.S.D.J.