Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 14, 2026

**<u>By ECF and Email</u>**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

**Re: <u>United States v. Engels Taveras</u>**
**25 Cr. 10 (RMB)**

Dear Judge Berman,

I write to respectfully request that the Court adjourn sentencing in the above-captioned case, which is currently scheduled for October 21, 2026, to the week of November 9, 2026.

Defense counsel already filed Mr. Taveras' sentencing submission. See Dkt. No. 63. After that filing, Mr. Taveras and his family received some very bad news: [redacted]

[redacted] That information, in turn, will be relevant to the Court's section 3553(a) analysis and our request for an appropriate surrender date. In addition, as described in the defense sentencing letter, Mr. Taveras' term of imprisonment was already going to cause serious disruptions to the life of his family; this new diagnosis will require them to come up with new plans.

I have spoken with the government, by Assistant United States Attorney Connie Dang, who takes no position on this request.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Mr. Taveras
212-417-8729

Application granted. Sentencing adjourned to November 12, 2026 at 11:00 a.m. in courtroom 17B.

SO ORDERED:
Date: 10/16/2026

Richard M. Berman
Richard M. Berman, U.S.D.J.

# EXHIBIT A

—REDACTED—